UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LABORERS INTERNATIONAL; SHEET METAL WORKERS INTERNATIONAL ASSOCIATION; WYOMING CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION;** and **DENVER NECA/IBEW JOINT INDUSTRY PROMOTIONAL FUND,** a trade association;<br><br>    Plaintiffs,<br><br>v.<br><br>**STOEL RIVES, LLP; MARK PETERMAN; O'MELVENY & MYERS, LLP; WEISS, JENSEN, ELLIS & HOWARD, P.C.,** a professional corporation; and **McCARTER & ENGLISH, LLP;**<br><br>    Defendants. | Civil No. CV 01-1579<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41, the stipulation of all parties by and through their counsel of record herein as set forth below, and on the June 19, 2002 Final Judgment and Order by U.S. District Court Judge Garr M.

STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE
Page 1

King approving the mediated settlement of this case, it is hereby,

ORDERED and ADJUDGED that this action, and all claims of the plaintiffs, and each of them, related to, arising out of, or based upon any of Claimants' Actions against the Released Parties (as defined in the Settlement Agreements with the defendants) are dismissed with prejudice and without costs, sanctions or attorneys' fees against any party.

_____
U. S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

For Plaintiffs International Association of Bridge, Structural and Ornamental Iron Workers Local Union 625 Building Fund Reserve; Plumbers, Steamfitters, and Marine Fitters Local 290; Laborers International Union, Local 320; and District Council of Laborers:

DATED this ____ day of October____, 2003.

BULLIVANT HOUSER BAILEY, P.C.

By _____ OSB # 96006
STEPHEN F. ENGLISH, OSB# 73084
Telephone: (503) 228-6351
Attorneys for the Hazzard Plaintiffs

STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE
Page 2

For Plaintiffs Denver NECA/IBEW Joint Industry Promotional Fund, a Trade Association; The Wyoming Chapter of the National Electrical Contractors Association:

DATED this __3__ day of __October__, 2003.

                KILMER, VOORHEES & LAURICK, P.C.

        By _____
           CHRISTOPHER T. CARSON, OSB# 84450
           Telephone: (503) 224-0055
           Attorneys for the Birkett Plaintiffs

For Plaintiffs Sheet Metal Workers International Association, Local No. 9; International Brotherhood of Electrical Workers, Local No. 415; International Brotherhood of Electrical Workers, Local No. 113; International Brotherhood of Electrical Workers, Local No. 322; International Brotherhood of Electrical Workers, Local No. 291; International Brotherhood of Electrical Workers, Local No. 57; International Brotherhood of Electrical Workers, Local No. 68; Local Union No. 184, United Brotherhood of Carpenters and Joiners of America; Sheet Metal Workers Local Union No. 20; International Brotherhood of Painters & Allied Trades Local Union No. 79; The Colorado Building & Construction Trades Council; James and Nancy Case; James E. Case; Mentor Investments, LLC; Richard Ruppert; International Brotherhood of Electrical Workers Local Union No. 294; International Brotherhood of Electrical Workers Local Union No. 292; Construction and General Laborers Local Union No. 563; Laborers District Council of Minnesota and North Dakota; International Bridge, Structural and Reinforcing Iron Workers, Local Union No. 1; International Brotherhood of Electrical Workers, Local Union No. 134; Heat and Frost Insulators and Asbestos Workers Local 17; Pacific Northwest Regional Council of Carpenters; Arizona State District Council of Carpenters; United Brotherhood of Carpenters, Local No. 408:

DATED this 8 day of October, 2003.

JENKINS & CARTER

By_____
NATHAN JENKINS
Telephone: (775) 829-7800
Attorneys for Madole Plaintiffs

DECARLO, CONNOR & SELVO

By_____
DANIEL M. SHANLEY
Telephone: (213) 488-4100
Attorneys for Madole Plaintiffs

For Defendant O'Melveny & Myers LLP:

DATED this 17th day of October 2003.

        BODYFELT MOUNT STROUP & CHAMBERLAIN

        By _____
        PETER R. CHAMBERLAIN
        Telephone: (503) 243-1022
        Attorneys for O'Melveny & Myers LLP


For Defendant Weiss, Jensen, Ellis & Howard PC:

DATED this ____ day of _____ 2003.

        BLACK HELTERLINE LLP

        By _____
        MICHAEL B. MERCHANT
        Telephone: (503) 224-5560
        Attorneys for Weiss, Jensen, Ellis & Howard PC


For Defendant McCarter & English:

DATED this ____ day of _____ 2003.

        THE ROSEN LAW FIRM

        By _____
        STEVEN O. ROSEN
        Telephone: (503) 525-2525
        Attorneys for McCarter & English LLP

Case 3:01-cv-01579-KI   Document 65   Filed 07/26/04   Page 6 of 9   Page ID#: 141

For Defendant O'Melveny & Myers LLP:

DATED this _____ day of _____ 2003.

    BODYFELT MOUNT STROUP &
    CHAMBERLAIN


    By_____
     PETER R. CHAMBERLAIN
     Telephone: (503) 243-1022
     Attorneys for O'Melveny & Myers LLP


For Defendant Weiss, Jensen, Ellis & Howard PC:

DATED this **28th** day of **April** 2004.

    BLACK HELTERLINE LLP


    By_____
     MICHAEL B. MERCHANT
     Telephone: (503) 224-5560
     Attorneys for Weiss, Jensen, Ellis & Howard
     PC


For Defendant McCarter & English:

DATED this _____ day of _____ 2003.

    THE ROSEN LAW FIRM


    By_____
     STEVEN O. ROSEN
     Telephone: (503) 525-2525
     Attorneys for McCarter & English LLP

**PREJUDICE**
**Page 5**

For Defendant O'Melveny & Myers LLP:

DATED this _____ day of _____ 2003.

        BODYFELT MOUNT STROUP & CHAMBERLAIN


        By_____
          PETER R. CHAMBERLAIN
          Telephone: (503) 243-1022
          Attorneys for O'Melveny & Myers LLP


For Defendant Weiss, Jensen, Ellis & Howard PC:

DATED this _____ day of _____ 2003.

        BLACK HELTERLINE LLP


        By_____
          MICHAEL B. MERCHANT
          Telephone: (503) 224-5560
          Attorneys for Weiss, Jensen, Ellis & Howard PC


For Defendant McCarter & English:

DATED this __14__ day of __June__ 2003.

        THE ROSEN LAW FIRM

        By_/s/ Steven Rosen_____
          STEVEN O. ROSEN
          Telephone: (503) 525-2525
          Attorneys for McCarter & English LLP

For Defendant Stoel Rives LLP:

DATED this 13ᵗʰ day of APRIL, 2004

        BYRNES & KELLER

By /s/ Ralph E. Cromwell Jr.
    RALPH E. CROMWELL, JR.
    Telephone: (206) 622-2000
    Attorneys for Stoel Rives LLP


For Defendant Mark Peterman:

DATED this ____ day of _____, 2003.

        COSGRAVE, VERGEER & KESTER LLP


By_____
    DAVID H. WILLIAMS
    Telephone: (503) 323-9000
    Attorneys for Mark Peterman


Prepared and submitted by:

Stephen F. English, OSB No. 73084
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2089
Telephone: (503) 228-6351
Facsimile:  (503) 295-0915
E-Mail: steve.english@bullivant.com

Error! Unknown document property name.

For Defendant Stoel Rives LLP:

DATED this _____ day of _____, 2003.

                BYRNES & KELLER


                By_____
                  RALPH E. CROMWELL, JR.
                  Telephone: (206) 622-2000
                  Attorneys for Stoel Rives LLP


For Defendant Mark Peterman:

DATED this _9_ day of _APRIL_____, 2004.

                COSGRAVE, VERGEER & KESTER LLP


                By_____
                  DAVID H. WILLIAMS
                  Telephone: (503) 323-9000
                  Attorneys for Mark Peterman


Prepared and submitted by:

Stephen F. English, OSB No. 73084
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2089
Telephone: (503) 228-6351
Facsimile:  (503) 295-0915
E-Mail: steve.english@bullivant.com

Error! Unknown document property name.